IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| ERIC HARTWELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-19-0650-HE |
| WARDEN, FEDERAL TRANSFER CENTER, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Eric Hartwell, a federal inmate appearing *pro se* and *in forma pauperis*, filed a <u>Bivens</u> complaint alleging violations of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings. After conducting an initial review of the complaint pursuant to 28 U.S.C. § § 1915A and 1915(e)(2)(B), Judge Erwin has issued a Report and Recommendation recommending that this action be dismissed. After first objecting to the Report, plaintiff has now filed a motion to withdraw his complaint.

Accordingly, Plaintiff's Motion to Withdraw Civil Rights Complaint [Doc. # 16] is **GRANTED**. This action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 30th day of September, 2019.

JOE HEATON
UNITED STATES DISTRICT JUDGE